UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IVY BISHOP,

Petitioner,

-against-

DENALI VIALET,

Respondent.

26-CV-5577 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated July 7, 2026, the Court directed Petitioner, within thirty days, to submit a completed request to proceed *in forma pauperis* ("IFP application") or pay the fees required to file a civil action in this court, and to provide the court with a service address. That order specified that failure to comply would result in dismissal of the complaint. Petitioner has not filed an IFP application or paid the fees or provided the court with a service address. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter judgment in this case.

This order will be viewable on the public docket, and the Court directs the Clerk of Court to email the order to email address from which Petitioner transmitted her complaint, which is ivyesther909@gmail.com.

SO ORDERED.

Dated: August 19, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge